Opinion issued July 16, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00567-CV

_____

### CHAD HIGGENBOTHAM INDIVIDUALLY AND D/B/A HICK'S AUTO SALE, Appellants

### V.

### HARRIS COUNTY TAX ASSESSOR-COLLECTOR, Appellee

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-14725**

---

### MEMORANDUM OPINION

A notice of appeal is due 30 days after the trial court signs its final judgment.

*See* TEX. R. APP. P. 26.1. The trial court here signed its final judgment on February

20, 2026, making any notice of appeal due on March 23, 2026.[1] *See id.* Appellants Chad Higgenbotham, individually and doing business as Hick's Auto Sale, did not file their notice of appeal until May 26, 2026, rendering it untimely. "The time for filing a notice of appeal is jurisdictional in nature, and absent a timely-filed notice of appeal or extension request, we must dismiss an appeal for lack of jurisdiction." *Harris Cty. Toll Road Auth. v. Sw. Bell Tel.*, L.P., 263 S.W.3d 48, 53 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

We notified appellants that their appeal was subject to dismissal for want of jurisdiction unless they responded and demonstrated grounds for this Court's jurisdiction. *See* TEX. R. APP. P. 42.3(a) (authorizing involuntary dismissal after notice). Appellants did not respond.

Accordingly, we dismiss this appeal for want of jurisdiction. *See id*. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.

---

[1] Appellant did not file either a deadline-extending motion such as a motion for new trial under Texas Rule of Appellate Procedure 26.1(a) or a plain motion to extend the notice-of-appeal deadline under Rule 26.3. *See* TEX. R. APP. P. 26.1(a), 26.3.